UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-25283-Civ-TORRES

LEONARDO CELORRIO,
MIKAEL MORALES,

    Plaintiffs,

vs.

FACCI OF MERRICK, *et al*,

    Defendants.

_____/

# FINAL JUDGMENT

This matter is before the Court following a jury trial conducted in the case and the entry of Jury Verdicts as to each respective Plaintiff [D.E. 173, 174]. Accordingly, and upon review of the entire record and pursuant to Fed. R. Civ. P. 58, it is hereby **ORDERED AND ADJUDGED**:

1. Final Judgment is entered in favor of Defendants Facci of Merrick Park, Inc., Kosmas A. Kalas, and Fabrizio Buono, and against Plaintiffs Leonardo Celorrio and Mikael Morales, as to all claims raised in the Complaint [D.E. 15].

2. This action is now CLOSED. The Court retains jurisdiction for consideration of any pending or otherwise timely post-judgment submissions under the Court's Rules and the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of September, 2022.

                                              /s/ *Edwin G. Torres*
                                              Chief United States Magistrate Judge