# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 27, 2023

Lowell Joseph Kuvin
Lowell J. Kuvin Law Office
17 E FLAGLER ST STE 223
MIAMI, FL 33131

Sundeep K. Mullick
Lowell J. Kuvin Law Office
17 E FLAGLER ST STE 223
MIAMI, FL 33131

Appeal Number: 22-13474-J
Case Style: Leonardo Cellorio, et al v. Facci of Merrick Park, Inc., et al
District Court Docket No: 1:19-cv-25283-EGT

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

<u>Tolling Motion</u>
The district court docket indicates that the notice of appeal was filed before the disposition of a timely tolling motion. The notice of appeal becomes effective when the order disposing of the motion is entered. <u>See</u> FRAP 4(a)(4). **All appeal deadlines are suspended pending the district court's entry of an order disposing of the motion. Upon entry of the district court's order, the time to take required action will begin to run anew without further notice.**

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action